MARY KUBISH ET AL. *v.* BUZZIENA ZEGA ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 61 Conn. App. 608 (AC 19697), is denied.

*Charles F. Brower,* in support of the petition.

*Anthony F. DiPentima,* in opposition.

Decided March 15, 2001

STATEWIDE GRIEVANCE COMMITTEE *v.* NITOR EGBARIN

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 445 (AC 19801), is denied.

BORDEN and NORCOTT, Js., did not participate in the consideration or decision of this petition.

*Nitor Egbarin,* in support of the petition.

*Christopher L. Slack,* assistant bar counsel, in opposition.

Decided March 15, 2001